UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | 8:26-cv-01152-JDE | Date | October 5, 2026 |
| Title | Joseph Pumphrey v. Raul Torres, et al. | | |

| | |
|---|---|
| Present: The Honorable | John D. Early, United States Magistrate Judge |

| | |
|---|---|
| Amber Rodriguez | n/a |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| n/a | n/a |

**Proceedings:** (In Chambers) Order Vacating Scheduling Conference and Directing Plaintiff to Show Cause re Failure to Prosecute

Joseph Pumphrey ("Plaintiff") filed the Complaint in this action on May 12, 2026, naming two defendants, Raul Torres doing business as Clinica Sagrado Corazon ("Torres") and In Saba Inc. ("Saba"). Dkt. 1 ("Complaint"). Plaintiff filed a proof of service of process upon Saba on May 21, 2026, purporting to reflect service on May 19, 2026. Dkt. 8. On June 24, 2026, at Plaintiff's request (Dkt. 12), the Clerk entered a default against Saba. Dkt. 13. On September 23, 2026, Plaintiff requested dismissal of Torres, which the Court approved the same day. Dkt. 21, 22. Thus, the only remaining defendant is Saba, who has not appeared and is in default.

As such, the Scheduling Conference set for October 8, 2026 (Dkt. 20) is VACATED.

Further, Plaintiff has an obligation to prosecute this action in a timely manner. See generally Fed. R. Civ. P. 1, 41(b). As a result, Plaintiff is ORDERED TO SHOW CAUSE in writing within 14 days from the date of this Order why this action should not be dismissed for failure to prosecute for Plaintiff's failure to seek entry of a default judgment against Saba. Plaintiff may comply with this Order by, within 14 days: (1) filing a fully supported motion for default judgment against Saba; or (2) filing a Notice of Dismissal of the entire action.

Failure to file a timely, complaint response to this Order may result in an order of dismissal of the action for failure to prosecute under Rule 41(b)(1) without further notice.

IT IS SO ORDERED.

| | |
|---|---|
| Initials of Courtroom Deputy | ARO |