UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH PUMPHREY,<br><br>Plaintiff,<br>vs.<br>RAUL TORRES, doing business as Clinica Sagrado Corazon; IN SABA INC.; and DOES 1 to 10,<br><br>Defendants. | Case No.: 8:26-cv-01152-JDE<br>[*Honorable John D. Early*]<br><br>JUDGMENT |

Pursuant to the Order Granting Motion for Default Judgment,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Plaintiff JOSEPH PUMPHREY is awarded Judgment in the amount of $3,346.00 representing recoverable attorney's fees and costs and no damages against only Defendant IN SABA INC. ("Defendant") and no other Defendant.

In addition, Defendant is ordered to maintain an accessible parking space at the property located at or about 831 S. Harbor Blvd., Anaheim, California, in compliance with the Americans with Disabilities Act Accessibility Guidelines.

Dated: November 18, 2026

JOHN D. EARLY
United States Magistrate Judge